```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 08 B 17809
  NATALIE DUNN
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-0804


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/10/08 .

    2.  The case was dismissed without confirmation, 10/03/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS       CURRENT MORTG           .00            .00            .00
COUNTRYWIDE HOME LOANS       MORTGAGE ARRE    NOT FILED            .00            .00
FORD MOTOR CREDIT CO         SECURED VEHIC          .00            .00            .00
INTERNAL REVENUE SERVICE     PRIORITY         NOT FILED            .00            .00
ILLINOIS DEPT REVENUE        PRIORITY         NOT FILED            .00            .00
AMERICAN EXPRESS             UNSECURED        NOT FILED            .00            .00
APPLIED CARD BANK            UNSECURED        NOT FILED            .00            .00
AT&T MOBILITY LLC            UNSECURED        NOT FILED            .00            .00
BARCLAYS BANK DELAWARE       UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK             UNSECURED        NOT FILED            .00            .00
CITIBANK                     UNSECURED        NOT FILED            .00            .00
COMED                        UNSECURED        NOT FILED            .00            .00
CREDIT PROTECTION ASSOC      UNSECURED        NOT FILED            .00            .00
FIRST PREMIER BANK           UNSECURED        NOT FILED            .00            .00
GREAT AMERICAN FINANCE       UNSECURED        NOT FILED            .00            .00
ILLINOIS TOLLWAY AUTHORI     UNSECURED        NOT FILED            .00            .00
NORTH SHORE GAS C U          UNSECURED        NOT FILED            .00            .00
PEOPLES GAS                  UNSECURED        NOT FILED            .00            .00
US DEPT OF EDUCATION         UNSECURED        NOT FILED            .00            .00
US DEPT OF EDUCATION         UNSECURED        NOT FILED            .00            .00
---------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID

US DEPT OF EDUCATION         UNSECURED        NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC      REIMBURSEMENT       341.50            .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         341.50          .00          .00          341.50
PRINCIPAL PAID        .00            .00          .00          .00             .00
INTEREST PAID         .00            .00          .00          .00             .00
TOTAL PAID            .00            .00          .00          .00             .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    3500.00
```

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/21/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE